1  MORAN LAW GROUP, INC.
   CATHLEEN COOPER MORAN, I.D. #83758
2  RENÉE C. MENDOZA, I.D. #139939
   643 Bair Island Road, Suite 403
3  Redwood City, CA 94063
   Tel.: (650) 694-4700
4  Fax: (650) 368-4818
   E-mail: Cathy@moranlaw.net
5
   Attorney for Debtor
6

7

8            UNITED STATES BANKRUPTCY COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
9

10

11 In Re:                          )    Chapter 13
                                   )
12 RUSTIN C. FOSSUM,               )    Bankruptcy No. 19-51031
                                   )
13                                 )
                                   )
14                                 )
                                   )
15            Debtor.              )
   _____ )    HON.  STEPHEN L. JOHNSON
16

17
            **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN**
18
        The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:
19
   _X_  1.    With respect to the monthly plan payments of $100 for the first month, $1700 for
20
             11 months then $2300 for 11 months then $3300 for 13 months then $3725 for 24
21
             months                                                                          ,
             those payments shall:
22
        _X_   be suspended for the months of June 2020 through December 2020
23
        ___   be increased to  $_____, effective_____
24
        ___   be decreased to $_____, effective_____
        Other: Debtor shall resume payments in January 2021 in the amount of  $1700 for 15
25
        months then $2300 for 35 months then $2630 for 15 months.
26

27 / / /

28 / / /

1    X   2.      With regard to secured claims:

2         X     to treat the claim(s) of additional creditors as secured, as follows:

3              Creditor                    Value of        Monthly        Interest Rate

              Name                         Collateral      Pmt (if fixed)  (must be specified)

4    County of Santa Clara        1,115,621.00    $200.00*        18%

5    * This payment does not begin until January 2021.

6

7              ____    to change the treatment of certain secured claims, as follows:

8              Creditor                    Value of            Monthly        Interest Rate
9              Name                         Collateral          Pmt (if fixed)  (must be specified)

10             ____    to treat as unsecured, the claims of the following creditors which were previously
11   treated as secured.

12
     ____    3.      With regard to general unsecured claims, to change the dividend paid:
13             ____    from _____ % to _____
14             ____    from a pot plan* of $_____ to a pot plan* of $_____
15             ____    from a percentage plan at_____ % to a pot plan* of $_____
               ____    from a pot plan* of $_____ to a percentage plan at_____%
16                     * A pot plan provides for a sum (as specified above) to be distributed pro rata,
17                     in amounts determined after allowed administrative, secured and priority
18                     unsecured claims are paid.  The plan payments will continue at the highest
                       monthly payment provided in the confirmed plan, as it may have been modified, as
19                     necessary to pay all allowed administrative, secured and priority unsecured claims
20                     within sixty (60) months of the date the first plan payment was due.

21
     X    4.      Other modifications:   See Modified Amended Chapter 13 Plan attached hereto as
22             Exhibit A.

23

24         5.      Debtor's reasons for requesting the above modification are:
               The debtor lost income during the pandemic and could not make plan payments.
25              The Internal Revenue Service has filed an amended claim reducing the priority
26             amount owed thus the overall plan payments can be reduced.  A second secured
               claim was filed by the County of Santa Clara which the debtor desires to pay.
27
     / / /
28

1       6.      The plan, if modified, would be completed within eighty-four (84) months from

2  the date the first payment is due.

3       WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set

4  forth above.

5

6  Dated:__03/09/2021_____        _/s/ Renee C. Mendoza_____

7  Rev. 2/05                          Attorney for Debtor(s)
                                      Cathleen Cooper Moran /  Renée C. Mendoza
8                                     Moran Law Group, Inc.
                                      643 Bair Island Road, Ste. 403
9                                     Redwood City, CA 94063
                                      (650) 694-4700

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28