DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Rustin Fossum

        Debtor

Chapter 13
Case No. 19-51031 SLJ

TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED MOTION TO MODIFY CHAPTER 13 PLAN AND REQUEST FOR HEARING with CERTIFICATE OF SERVICE

Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before the above entitled Court to determine whether or not the debtor should be allowed to modify the Chapter 13 plan as requested. The Trustee objects to the debtor's Amended Motion to Modify Chapter 13 Plan filed on March 9, 2021 for the following reason:

– The Trustee cannot determine whether the proposed modified plan is feasible pursuant to 11 U.S.C. §1325(a)(6) and/or whether it meets the term requirements in 11 U.S.C. §1322(d) because the current monthly plan payment in Section 2.01 is not enough to cover payments toward any additional attorney's fees *if any additional fees are requested by Debtor's counsel for any post-confirmation work*

//

//

and the monthly dividends to secured creditors. The Trustee requests that the monthly plan payment amount, the monthly payment for administrative fees in Section 3.06, and/or the monthly dividends for secured creditors be adjusted so that the Trustee can properly disburse, on a monthly basis, the payment amounts for *expected* administrative claims and secured claims.

Dated: March 26, 2021 /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Court, Los Gatos, California 95032. I served a copy of the within Objection to Debtor's Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 26, 2021.

Said envelopes were addressed as follows:

| | |
|---|---|
| Rustin Fossum<br>1521 Willowgate Dr<br>San Jose, CA 95118 | Moran Law Group Inc<br>643 Blair Island Rd #403<br>Redwood City, CA 94063 |

/S/ Filipa Gomes
_____
Office of Devin Derham-Burk, Trustee

Objection to Modification – Request for Hearing  19-51031 SLJ–

Case: 19-51031   Doc# 49   Filed: 03/26/21   Entered: 03/26/21 11:02:20   Page 3 of 3

3